# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD JERNEE, et al., | 3:06-CV-0434-BES (RAM) |
| Plaintiffs, | **ORDER** |
| vs. | |
| KINDER MORGAN ENERGY PARTNERS, et al., | |
| Defendants. | |
| KENNEMETAL, INC., | |
| Third-Party Plaintiff, | |
| vs. | |
| UNITED STATES OF AMERICA, et al., | |
| Third-Party Defendants. | |

Third-Party Defendant United States of America has filed a Motion to Extend Time for Filing Responses to Third-Party Complaint by All Other Third-Party Defendants (Doc. #3). Third-Party Plaintiff Kennemetal, Inc. has filed an Opposition (Doc. #15) and Third-Party Defendant has replied (Doc. #24).

Third-Party Kennemetal, Inc. argues that Third-Party Defendant is, in effect, requesting an extension for an indefinite period of time which will result in undue delay in this matter.

The court believes that a remedy can be fashioned that will alleviate the concerns of all parties.

///

///

It appears that a decision on Third-Party's Motion to Dismiss (Doc. #2) could be dispositive of the Third-Party action against all Third-Party Defendants. If it is not dispositive the remaining Third-Party Defendants can respond to the Third-Party Complaint within thirty (30) days of that decision.

Third-Party Plaintiff can continue to effect service on the Third-Party Defendants during the pendency of the Motion to Dismiss. If the Motion to Dismiss is not dispositive as to all Third-Party Defendants, the served Third-Party Defendants will have thirty (30) days from the date of the decision on the Motion to Dismiss to enter an appearance.

The Third-Party Defendants' Motion (Doc. #3) is **GRANTED** to the extent set forth above.

DATED: September 6, 2006.

_____
UNITED STATES MAGISTRATE JUDGE